IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JRI PROPERTIES LLC**                                                      **PLAINTIFF**

v.                        No. 3:22-cv-256-DPM

**BOING US HOLDCO INC.**                                              **DEFENDANT**

## JUDGMENT

JRI Properties's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 29 May 2023 to enforce the parties' settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2023